# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SARAH HOFMA,**

    **Plaintiff,**

**v.**                                                          Case No: 6:19-cv-01408-PGB-DCI

**CREDIT CONTROL, LLC,**

    **Defendant.**

_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, **SARAH HOFMA** ("Plaintiff") and Defendant, **CREDIT CONTROL, LLC.** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's claims against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **30** day of **September, 2019**.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Christopher Patrick Hahn* |
| Kaelyn Steinkraus, Esq. | Christopher Patrick Hahn |
| FBN: 125132 | FBN: 87577 |
| kaelyn@zieglerlawoffice.com | Maurice Wutscher, LLP |
| Michael A. Ziegler, Esq. | 110 E. Broward Blvd., Suite 1700 |
| FBN: 74864 | Ft. Lauderdale, FL 33301 |
| mike@zieglerlawoffice.com | 772/237-3410 |
| **Law Office of Michael A. Ziegler, PL** | Email: chahn@mauricewutscher.com |
| 2561 Nursery Road, Ste. A | |
| Clearwater, FL 33764 | |
| Tel: (727) 538-4188 | |
| Fax: (727) 362-4778 | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **30** day of **September, 2019**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132